**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

KATHLEEN CALLISTE,  Case 1:21-cv-02483-DG-SJB

             Plaintiff,

-against-  **STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER**

ALLSTATE INSURANCE COMPANY,

             Defendant.

---

IT IS HEREBY STIPULATED and agreed by and between the attorneys for Plaintiff Kathleen Calliste and the attorneys for Defendant Allstate Insurance Company ("Allstate") that the time within which Allstate may serve and file an Answer to Plaintiff's Complaint is hereby extended up to and including July 22, 2021.

Dated: June 30, 2021

| | |
|---|---|
| */s/ Amanda Peterson* | */s/ Florelee Wan* |
| Amanda Peterson, Esq. | Florelee Wan, Esq. |
| MORGAN & MORGAN, P.A. | WONG FLEMING, P.C. |
| 90 Broad Street, Suite 1011 | 300 East 42nd Street, 14th Floor |
| New York, New York 10004 | New York, New York 10017 |
| Telephone: (212) 564-4568 | Tel. (212) 643-9668 |
| Facsimile: (212) 738-6780 | Fax (212) 643-9640 |
| Email: apeterson@forthepeople.com | Email: fwan@wongfleming.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

SO ORDERED:

_____
United States District Judge

Dated:_____