**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| KATHLEEN CALLISTE,<br>　　　　　　　　　Plaintiff, | Case 1:21-cv-02483-DG-SJB |
| -against- | **CERTIFICATE OF SERVICE** |
| ALLSTATE INSURANCE COMPANY,<br>　　　　　　　　　Defendant. | *Electronically Filed* |

---

I, Florelee Wan, of full age, hereby certify to the following:

1. I am a partner in the law firm of Wong Fleming, P.C., attorneys for Defendant Allstate Insurance Company. I make this certification based upon my personal knowledge with regard to the service of pleadings in this case.

2. On July 22, 2021, I caused a true and correct copy of the Answer and this Certificate of Service to be electronically filed with the Court and served via electronic notice from the Court's ECF system upon the following:

> Amanda Peterson, Esq.
> MORGAN & MORGAN, P.A.
> 90 Broad Street, Suite 1011
> New York, New York 10004

3. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon the filing user is required.

4. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
　　　　 July 22, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Florelee Wan*
　　　　　　　　　　　　　　　　　　　　　　　　　Florelee Wan, Esq.