UNITED STATES DISTRICTCOURT
EASTERN DISTRICT OF NEW YORK

KATHLEEN CALLISTE,

          Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

          Defendant.

CASE NO. 1:21-cv-02483

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Amanda Peterson, Esq., and respectfully moves for the withdrawal as co-counsel of record in the above-referenced cause of action. Plaintiff, KATHLEEN CALLISTE, will be adequately represented by their substitute co-counsel, by whom Notice of Appearance was entered September 21, 2021. None of the parties to this case will suffer prejudice as a result of the withdrawal of the undersigned co- counsel as an attorney of record in this case.

WHEREFORE, Amanda Peterson, Esq., respectfully moves for leave of Court to withdraw as co-counsel of record for Plaintiff in this cause.

Respectfully submitted,

**Lerner, Arnold & Winston, LLP**

BY: */s/ Amanda Peterson*
      Amanda Peterson, Esq.
Lerner, Arnold & Winston, LLP
475 Park Avenue South, 28th Floor
New York, New York 10016
Telephone: (212) 686-4655
Fax: (212) 532-3301

And,

**MORGAN & MORGAN, P.A.**

BY: */s/ Ryan Daniel Lang*
     Ryan Daniel Lang, Esq.
One State Street, Suite 750
Boston, Massachusetts 07068
Telephone: (857) 383-4915
Fax: (973) 618-9772

**CERTIFICATION OF SERVICE:**

I HEREBY CERTIFY that on this 23rd day of September, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: /s/ *Amanda Peterson*