UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN CALLISTE, <br>                           Plaintiff, <br><br> -against- <br><br> ALLSTATE INSURANCE COMPANY, <br><br>                           Defendant. | Case 1:21-cv-02483-DG-SJB <br><br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE**, that Haoxu Li, Esq. of WONG FLEMING, P.C., a member of this Court in good standing, respectfully enters his appearance as counsel for Defendant ALLSTATE INSURANCE COMPANY, in the above captioned action.

Dated: March 1, 2022

                                                                                           */s/ Haoxu Li*
                                                                                           Haoxu Li, Esq.
                                                                                           WONG FLEMING, P.C.
                                                                                           300 East 42nd Street, 14th Floor
                                                                                           New York, NY 10117
                                                                                           Tel: (646) 481-3646
                                                                                           Fax: (212) 643-9640
                                                                                           Email: Jli@wongfleming.com
                                                                                           *Attorneys for Defendant*