UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN CALLISTE,<br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>ALLSTATE INSURANCE COMPANY,<br>　　　　　　　　　Defendant. | Case 1:21-cv-02483-DG-SJB<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE**, that Haoxu Li, Esq. of WONG FLEMING, P.C., a member of this Court in good standing, respectfully enters his appearance as counsel for Defendant ALLSTATE INSURANCE COMPANY, in the above captioned action.

Dated: March 1, 2022

　　　　　　　　　　　　　　　　　　　　　　/s/ Haoxu Li
　　　　　　　　　　　　　　　　　　　Haoxu Li, Esq.
　　　　　　　　　　　　　　　　　　　WONG FLEMING, P.C.
　　　　　　　　　　　　　　　　　　　300 East 42nd Street, 14th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10117
　　　　　　　　　　　　　　　　　　　Tel: (646) 481-3646
　　　　　　　　　　　　　　　　　　　Fax: (212) 643-9640
　　　　　　　　　　　　　　　　　　　Email: Jli@wongfleming.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*